USCA1 Opinion

 

 October 26, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1352 ANTHONY SOLIMINE, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ Anthony Solimine on brief pro se. ________________ Donald K. Stern, United States Attorney, and David S. Mackey, ________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs and __________ the record on appeal. We agree with the district court's conclusion that appellant's claim is based on "an indisputably meritless legal theory." See Neitzke v. ___ _______ Williams, 490 U.S. 319, 327 (1989). We, therefore, summarily ________ affirm essentially for the reasons stated in the district court's memorandum and order, dated February 27, 1995. Affirmed. See 1st Cir. R. 27.1. _________ ___ -2-